IN THE U.S. BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

ANGELA M. GRAY,                                    Case No.:  8:13-bk-00029-MGW
                                                   Chapter:   13

     Debtor.

_____/

## CREDITOR, DOUG BELDEN, HILLSBOROUGH COUNTY TAX COLLECTOR'S OBJECTION TO CONFIRMATION

Creditor, Doug Belden, Hillsborough County Tax Collector ("Tax Collector"), through his undersigned counsel, pursuant to §1324(a) of the Bankruptcy Code, objects to confirmation of Debtor's proposed Chapter 13 Plan, and states:

1.      The Plan does not include all of the delinquent taxes for the Debtor's homestead property located at 6006 Southern Grace Way, Plant City, Florida (Folio 085901.0060), nor does the Plan include the correct tax amounts for the delinquent tax years that are shown. The Tax Collector has filed proofs of claim and Notices of Additional Creditors reflecting the unpaid property taxes dating back to 2005, some of which are owed to the Tax Collector and some of which are owed to tax certificate holders.

2.      The Plan also does not make any provision whatsoever for the unpaid delinquent taxes for the Debtor's property located at 6010 Southern Grace Way, Plant City, Florida (Folio 085901.0058), which also date back to 2005. The Tax Collector has also filed proofs of claim and Notices of Additional Creditors for these taxes.

WHEREFORE, the Tax Collector requests that confirmation of Debtor's Chapter 13 Plan be denied.

Brian T. FitzGerald
Senior Assistant County Attorney
Florida Bar No. 484067
P.O. Box 1110
Tampa, Florida 33601-1110
Phone:  (813) 272-5670
Fax:  (813) 272-5758
Email:  fitzgeraldb@hillsboroughcounty.org
Attorney for Doug Belden,
Hillsborough County Tax Collector

## CERRTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Notice via the Court's CM/ECF System to **Christopher A. Tancredo, Esq.**, The Tancredo Law Firm, P.A., 1306 Thonotosassa Rd., Plant City, Florida 33563; **Bankruptcy Trustee – Terry E. Smith**, P.O. Box 6099, Sun City Center, Florida 33571; and to **The United States Trustee** – Timberlake Annex, 501 East Polk Street, Tampa, Florida 33602, on this  17 day of May, 2013.

Brian T. FitzGerald
Senior Assistant County Attorney